# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| RD LEGAL FUNDING PARTNERS, LP and RD LEGAL FUNDING, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No.: 2:19-cv-21646-JMV-JAD<br><br>Hon. John Michael Vazquez<br><br>Motion Day: February 18, 2020<br><br>**Oral Argument Requested**<br><br>**NOTICE OF MOTION** |

TO:    Michael R. O'Donnell
       Riker Danzig Scherer Hyland & Perretti LLP
       Headquarters Plaza
       One Speedwell Avenue
       Morristown, New Jersey 07962

       *Attorneys for Defendant*

PLEASE TAKE NOTICE that on **February 18, 2020**, Plaintiffs RD Legal Funding Partners, LP and RD Legal Funding, LLC, by and through their undersigned attorneys, shall move before the Honorable John M. Vazquez, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order remanding this case to the Superior Court of New Jersey, Essex County.

In support of this motion, Plaintiffs shall rely on their Brief, Certification of Jennifer Suh in Support of Plaintiffs' Motion to Remand, and the Declaration of Phillip H. Kwon, submitted herewith. Plaintiffs also submit a proposed form of order.

PLEASE TAKE FURTHER NOTICE that Plaintiffs request oral argument pursuant to L. Civ. R. 78.1(b).

Dated: January 17, 2020

**HUGHES HUBBARD & REED LLP**

By: *s/ Jennifer Suh*
    Jennifer Suh
    Terence Healy (to be admitted *pro hac vice*)
    Kenneth M. Katz (to be admitted *pro hac vice*)
    One Battery Park Plaza
    New York, New York 10004
    Telephone: (212) 837-6000
    Fax: (212) 299-6860

    *Attorneys for Plaintiffs*
    RD Legal Funding Partners, LP and
    RD Legal Funding, LLC