# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| RD LEGAL FUNDING PARTNERS, LP and RD LEGAL FUNDING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 2:19-cv-21646-JMV-JAD<br><br>Hon. John Michael Vazquez<br><br>Motion Day: February 18, 2020 |

## CERTIFICATION OF JENNIFER SUH
## IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND

I, JENNIFER SUH, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

1.  I am an attorney-at-law of the State New Jersey and practice at the law firm of Hughes Hubbard & Reed LLP, attorneys for Plaintiffs RD Legal Funding Partners, LP and RD Legal Funding, LLC ("Plaintiffs") in this action.

2.  I submit this Certification of Plaintiffs' motion to remand this case to the Superior Court of New Jersey, Essex County.

3.  Attached hereto as Exhibit A is a true and correct copy of *Phillips, Inc. v. Glob. Prod. Dev. Services, LLC*, No. CIV 09-1644 (WHW), 2009 WL 1973852, at *2 (D.N.J. July 7, 2009).

1

4.	Attached hereto as Exhibit B is a true and correct copy of *Uriarte v. Outback Steakhouse*, No. CIV 11–897 (JLL), 2011 WL 4020953, at *3-*4 (D.N.J. Sept. 8, 2011).

5.	Attached hereto as Exhibit C is a true and correct copy of *New Jersey Prop.-Liab. Ins. Guar. Assn. v. Specialty Risk Services, LLC*, No. 15-06565(ES) (MAH), 2016 WL 8674611, at *3 (D.N.J. July 8, 2016).

6.	Attached hereto as Exhibit D is a true and correct copy of *Hayden Asset VI, LLC v. Silvio Desouza, LLC*, No. 2:13–03915 (ES) (JAD), 2014 WL 1056498, at *4 (D.N.J. Feb. 25, 2014).

I certify under penalty of perjury that the foregoing is true and correct.

By:  *s/Jennifer Suh*
     Jennifer Suh