UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| RD LEGAL FUNDING PARTNERS, LP and RD LEGAL FUNDING, LLC,<br><br>                   Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>                   Defendant. | Civil Action No. 2:19-cv-21646-JMV-JAD<br><br>Hon. John Michael Vazquez |

## DECLARATION OF PHILLIP H. KWON

PHILLIP H. KWON, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the General Counsel of Plaintiffs RD Legal Funding, LLC ("RDLF") and RD Legal Funding Partners, LP (the "Fund").

2. I submit this declaration in support of Plaintiffs' motion to remand the case to the Superior Court of New Jersey, Essex County. I base this declaration on my personal knowledge of the business entities and review of Plaintiffs' records.

3. The Fund is a limited partnership. Based on my review of the Fund's records, at least one of the Fund's limited partners is domiciled in and is a citizen of Florida. Attached hereto as **Exhibit A** is an internal document which reflects that one of the partners of the Fund is a citizen of Florida.

2

Executed on January _17_, 2020
Cresskill, New Jersey

_____
Phillip H. Kwon

96010023_1

# EXHIBIT A



RD LEGAL FUNDING PARTNERS, LP

Statement of Changes in Net Asset Value
For the Month Ended August 31, 2019
(Unaudited)

Panama City Beach, FL 32408

## Statement of Changes in Net Asset Value

| | August | Year-To-Date |
|---|---|---|
| Beginning NAV | | |
| Additions | | |
| Cash Withdrawals | | |
| Net Income (Loss) | | |
| Ending NAV | | |
| Rate of Return | | |




*Note: Totals listed for each category may differ from the sum of the individual numbers due to rounding differences.*

All asset valuations, interest, and the related realized and unrealized gain and loss totals are provided by the Fund's General Partner or an independent third party. Ultimus Fund Solutions, LLC has not independently verified the accuracy of this information. It is possible that the asset values and interest for these securities may differ significantly from the amounts that might ultimately be realized, and the differences could be material.

Rate of return is calculated as income/(loss) for the period divided by adjusted beginning capital. Adjusted beginning capital is prior month's ending balance + time weighted contributions/redemptions. Income allocations are calculated on adjusted beginning capital. The beginning and ending capital balances on this report represent the true liquidation value of your account.

**ULTIMUS FUND SOLUTIONS**

1 North Wacker Drive, Suite 2150 - Chicago, Illinois 60606 - (847) 225-3500