UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| RD LEGAL FUNDING PARTNERS, LP and RD LEGAL FUNDING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 2:19-cv-21646-JMV-JAD<br><br>Hon. John Michael Vazquez<br><br>**[PROPOSED] ORDER** |

THIS MATTER having been opened to the Court by Hughes Hubbard & Reed LLP, attorneys for Plaintiffs RD Legal Funding Partners, LP and RD Legal Funding, LLC ("Plaintiffs"), on their motion to remand this case to the Superior Court of New Jersey, Essex County, and the Court having considered the papers submitted in connection with this application, and for good cause shown;

IT IS on this _____ day of _____, 2020, ORDERED as follows:

    1.    Plaintiffs' Motion to Remand is GRANTED; and

    2.    This action is hereby remanded to the Superior Court of New Jersey, Essex County.

                                                    Honorable John M. Vazquez, U.S.D.J.