# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| RD LEGAL FUNDING PARTNERS, LP and RD LEGAL FUNDING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 2:19-cv-21646-JMV-JAD<br><br>Hon. John Michael Vazquez<br><br>**CERTIFICATE OF SERVICE** |

I, JENNIFER SUH, in lieu of oath or affidavit, hereby certify pursuant to 28 U.S.C. § 1746 that, on January 17, 2020, I electronically filed a copy of the foregoing Notice of Motion to Remand, accompanying Brief, Certification of Jennifer Suh in Support of Plaintiffs' Motion to Remand, Declaration of Phillip H. Kwon, and Proposed Order.

Notice of this filing will be sent via electronic mail to all parties by operation of the Court's electronic filing system.

By: *s/Jennifer Suh*
Jennifer Suh